**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JODI JONES,<br><br>          Plaintiff,<br><br>     vs.<br><br>AMTRAK, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. CV F 11-0969 LJO MJS<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 12.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1.   DISMISSES with prejudice this entire action;

2.   VACATES all pending matters; and

3.   DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   October 18, 2011**                     /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

1